STRICKLAND v. CAROLINA CLASSICS CATFISH

[342 N.C. 640 (1996)]

JENNIE LOU STRICKLAND, Mother and JERRY STRICKLAND, Father, of GORDON G. STRICKLAND, Employee, Plaintiff v. CAROLINA CLASSICS CATFISH, INC., Employer; NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, Carrier; Defendants

No. 281A95

(Filed 9 February 1996)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) of the decision of a divided panel of the Court of Appeals, 119 N.C. App. 97, 458 S.E.2d 10 (1995), affirming the judgment of the North Carolina Industrial Commission entered on 11 April 1994. Heard in the Supreme Court on 12 December 1995.

*Harrington, Edwards & Braddy, by Peter J.M. Romary, for the plaintiff-appellees.*

*Young Moore and Henderson, P.A., by Joe E. Austin, Jr., for the defendant-appellants.*

PER CURIAM.

AFFIRMED.